THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM THOMAS, Appellant.

*People* v. *Thomas,* 165 App. Div. 979, appeal dismissed.
(Submitted September 27, 1915; decided October 5, 1915.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered December 4, 1914, which affirmed a judgment of the Court of General Sessions of the Peace for the county of New York, rendered upon a verdict convicting the defendant of the crime of murder in the second degree.

The motion was made upon the ground of failure to file the required return.

*Charles A. Perkins, District Attorney (Louis Fabricant* of counsel), for motion.

*Wilford H. Smith* opposed.

Motion granted unless the return is filed within thirty days.